AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Terance Dale HICKS<br><br>*Defendant(s)* | Case No: **24-1445 MJ** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>October 04, 2024</u> in the county of <u>Luna</u> in the <u>State and</u> District of <u>New Mexico,</u> the defendant violated <u>8 U.S.C. §1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections),</u> an offense described as follows:

Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise

This criminal complaint is based on these facts:
On October 4, 2024, Border Patrol Agents (BPA1 and BPA2) were assigned highway patrol duties near New Mexico State Road (NMSR) 9 in marked government vehicles. Transnational Criminal Organizations (T.C.O.'s) often utilize NMSR 9 to circumvent the Border Patrol Checkpoint on Highway 11 to evade detection. At approximately 01:30 a.m., BPA1 was on the shoulder of NMSR 9 when he observed a gray Dodge Ram pick-up truck traveling west bound near mile marker 80. BPA1 observed the vehicle was heavily laden, had a tarp covering the bed of the truck and that the rear window was missing. As the vehicle passed through BPA1's light he observed a driver and two other individuals in the front seat, a female and a male subject.

☒ Continued on the attached sheet.

*Complainant's signature*

Ivan Cobos Agent
*Printed name and title*

Sworn to before me by phone.

Date: October 4, 2024

*Judge's signature*

**Damian L. Martínez, U.S. Magistrate Judge**
*Printed name and title*

City and state: Las Cruces, N.M.

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Terance Dale HICKS

**Continuation of Statement of Facts:**
The driver and passengers stared to the front as if they were nervous of looking in BPA1's direction. BPA1 began to follow the vehicle, and the driver accelerated to a high rate of speed and began swerving. BPA1 observed that the vehicle did not have a license plate and made an abrupt turn north on Carzalia St. and came to a sudden stop.
BPA1 and BPA2 approached the vehicle and observed several individuals inside the bed of the truck attempting to cover themselves with a tarp. The BPAs observed the driver was attempting to start the vehicle, the BPAs identified themselves as Border Patrol Agents, and instructed the driver (later identified as Terance Dale HICKS) to exit the vehicle. BPAs conducted an immigration inspection of the driver and the 12 subjects from the vehicle. Hicks stated he was a United States Citizen and remaining subjects claimed to be from Mexico without any proper documentation to be in or remain in the United States legally. All subjects were placed under arrest and transported to the Deming, New Mexico Border Patrol Station for further questioning and processing.
Though not verbatim HICKS provided the following post-Miranda statement as to his involvement in the failed alien smuggling scheme. On October 3, 2024, HICKS received a call early in the evening from a known individual asking if he could pick up a group of individuals. HICKS admitted to knowing that this individual is a long-time alien smuggler and admitted to knowing he was going to pick up illegal aliens. The know individual directed HICKS to pick up the group at mile marker 121 on NMSR 9 and drive them to Hachita, NM. HICKS stated he was going to be financially compensated for this job. HICKS stated that upon reaching Hachita, NM the known individual was supposed to transfer the illegal aliens to his truck and drive them to their next destination. HICKS admitted that he had been arrested for a prior alien smuggling event in Douglas, AZ but claimed this was his first time transporting illegal aliens in the Deming, NM area.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Cobos, Ivan
Filing Agent